UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                          -against-

**Rafael Velasquez,**
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/22

**ORDER**

**14-CR-3 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

    Sentencing set for **April 21, 2022** at **3:30 p.m.**

    SO ORDERED.

Dated: New York, New York
        February 3, 2022

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **UNITED STATES DISTRICT JUDGE**