Judge Andrew L. Carter  April 25, 2022
United States Courthouse
40 Foley Square  <u>USA v. Rafael Velazquez</u>
New York, NY 10007  14 CR 0003 (ALC)

*Law Office of Joel M. Stein, Esq.*
*30 Wall St. – 8th floor*
*New York, NY 10005*
*(212) 344-8008*

<u>Filed on ECF</u>

Dear Judge Carter:

Upon his conviction based upon his plea of guilty, the defendant Rafael Velazquez was sentenced on April 21, 2022, in substance, to time served and three years of supervised release. As a condition of his release after his voluntary surrender on August 7, 2013, Mr. Velazquez was required to surrender his passport which has remained in the custody of the Pretrial Services Agency.[1] Accordingly, the defendant respectfully requests that the Court order the return of the defendant's passport.

AUSA Negar Tekeei and PTSA Officer Madalyn Toledo informs me that they have no objection.

Thank you for your consideration of this request.

Cc: AUSA Negar Tekeei  Very truly yours,
    PTSA Officer Madalyn Toledo
    (by email)  */s/Joel M. Stein*
   Joel M. Stein, Esq.
**The application is GRANTED.**  Counsel for Rafael Velazquez
**So Ordered.**

*[signature]* 4/25/22

---

[1] On various occasions during the pendency of this matter, the defendant travelled with the Court's permission, and with the consent of the government and the Pretrial Services Agency, and returned his passport after his return to the United States.