USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ____
DATE FILED: 8-25-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAFAEL VELAZQUEZ,

Defendant.

CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY/ MONEY JUDGMENT

14 Cr. 3 (ALC)

WHEREAS, on or about January 6, 2014, RAFAEL VELAZQUEZ (the "Defendant"), was charged in a three-count Information, 14 Cr. 3 (the "Information"), with conspiring to commit theft of Government funds, in violation of 18 U.S.C. § 371 (Count One); theft of Government funds, in violation of 18 U.S.C. §§ 641 and 2 (Count Two); and aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2 (Count Three);

WHEREAS, the Information included, *inter alia*, a forfeiture allegation as to Counts One and Two of the Information seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) of any and all property, real or personal, constituting or derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency, representing the proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information that the Defendant personally obtained;

WHEREAS, on or about January 6, 2014, the Defendant pled guilty to Counts One, Two, and Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One and Two of the Information and agreed to forfeit to the United States, *inter alia*: (i) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the Defendant RAFAEL VELAZQUEZ, and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

6. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice

12. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

13. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ______________________ 4/21/2022
DATE

Negar Tekeei
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2482

RAFAEL VELAZQUEZ

By: ______________________ 4/21/22
DATE

RAFAEL VELAZQUEZ

By: ______________________ 4/21/22
DATE

Joel M. Stein, Esq.
Attorney for Defendant
30 Wall Street, 8th floor
New York, New York 10005

SO ORDERED:

______________________ 4/21/22
DATE

HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE